■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID POLICANO, Appellant. [715 NYS2d 880] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Martin, J.), rendered March 16, 1998, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a

reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Ritter, J. P., Santucci, Krausman and Smith, JJ., concur.